AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 5    8 4 2 _____

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____2____ COPIES OF AO FORM 85.

12/5/05
(Date forms issued)

_Veronica Monaghan_
(Signature of Party or their Representative)

Veronica Monaghan
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action