IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UOFD OF DELAWARE<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No.<br><br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**Disclosure Statement Pursuant to
Federal Rule of Civil Procedure 7.1**

COMES NOW, Plaintiff UD Technology Corporation, a non-profit affiliate of the UofD of Delaware ("UofD"), by and through undersigned counsel, McCarter & English, LLP, and identifies as follows, any parent corporation and any publicly held corporation that holds 10% or more of its stock:

1. UofD is wholly owned by the University of Delaware, an educational corporation organized and existing under the laws of the State of Delaware.

2. UofD is not owned by any other publicly held corporation.

[Remainder of Page Blank]

[Signature Page to Plaintiff's Rule 7.1 Disclosure Statement]

December 5, 2005.

                                                **McCARTER & ENGLISH, LLP**

                                                Michael P. Kelly, Esq. (#2295)
A. Richard Winchester, Esq. (#2641)
James J. Freebery, Esq. (#3498)
Christopher A. Selzer, Esq. (#4305)
919 North Market Street, Suite 1800
Wilmington, DE 19899
(302) 984.6300 telephone
**Attorneys for Plaintiff**