AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

UD TECHNOLOGY CORPORATION

V.

PHENOMENEX, INC., and RESEARCH
CORPORATION TECHNOLOGIES

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05  842

TO: (Name and address of Defendant)

PHENOMENEX, INC., 411 Madrid Avenue, Torrance, California,
90501-1430, c/o Delaware Secretary of State

RESEARCH CORPORATION TECHNOLOGIES, 101 North Wilmot Road,
Suite 600, Tucson, Arizona 85711-3365, c/o Delaware Secretary of State

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael P. Kelly
McCarter & English
P.O. Box 111
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    12/05/05
_____                          _____
CLERK                                              DATE

_E. L. Strickland_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-14-05 |
| NAME OF SERVER (PRINT) Edward Jones | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Secretary of State of Delaware 401 Federal Street Dover DE 19901. Service accepted by Rochelle Finfinger at 9:52 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/05
Date

Signature of Server: Edward J. Jones

Address of Server: 32 Loockerman Sq, Ste 109, Dover DE 19904

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.