IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-842 (GMS) |
| | ) | |
| PHENOMENEX, INC., and RESEARCH CORPORATION TECHNOLOGIES, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time of the defendant Research Corporation Technologies ("RCT") to answer, move, or otherwise respond to the Complaint is hereby extended through and including January 23, 2006. RCT requests this 20-day extension because it was served with the Complaint shortly before the holidays, making it difficult to respond within the original timeframe.

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ Michael P. Kelly* | */s/ Karen Jacob Louden* |
| Michael P. Kelly (#2295) | Karen Jacobs Louden (#2881) |
| mkelly@mccarter.com | klouden@mnat.com |
| A. Richard Winchester (#2641) | Benjamin Schladweiler (#4601) |
| James J. Freebery (#3498) | 1201 N. Market St. |
| Christopher A. Selzer (#4305) | P.O. Box 1347 |
| 919 N. Market St., Ste. 1800 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | Attorneys for defendant Research Corporation Technologies |
| Attorneys for plaintiff UD Technology Corporation | |

SO ORDERED this _____ day of December _____, 2005.

_____
J.

498143