IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHENOMENEX, INC. and RESEARCH )<br>CORPORATION TECHNOLOGIES, )<br>)<br>Defendants. ) | C. A. No. 05-842 (GMS)<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

### AFFIDAVIT OF MAILING

Christopher A. Selzer, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Courts of the State of Delaware and I am counsel for UD Technology Corporation, plaintiff herein.

2. Defendants, Phenomenex, Inc. and Research Corporation Technologies, are subject to the jurisdiction of this Court pursuant to 10 Del. C. § 3104.

3. On December 15, 2005, I caused to be mailed by registered mail, return receipt requested, a copy of the Summons, Civil Cover Sheet, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 and Complaint to defendants, Phenomenex, Inc. and Research Corporation Technologies.

4. On December 27, 2005, the return receipts for defendants were received by me as evidenced by the return receipts attached hereto as Exhibit A.

ME1\5397456.1

_____
Christopher A. Selzer (Del. Bar. ID #4305)

SWORN TO AND SUBSCRIBED before this 27TH day of December, 2005.

_____
Notary Public

**ELIZABETH GALE FERGUSON**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires March 3, 2006

ME1\5397456.1