# EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X M. Marchaud    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): MICHAEL MARCHAND   C. Date of Delivery: 7/90/5 |
| 1. Article Addressed to:<br>Phenomenex Inc.<br>411 Madrid Ave.<br>Torrance, CA 90501-1436 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>411 MADRID AVE<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 669 276 457 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X L. Tansir    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery: 12-19-05 |
| 1. Article Addressed to:<br>Research Corp Technologies<br>101 North Wilmot Road<br>Ot. 600<br>Tucson, AZ 85711-3365 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☒ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RB 669 276 465 US | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

ME1\5397456.1