IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC. and RESEARCH CORPORATION TECHNOLOGIES,<br><br>Defendants. | C.A. No. 05-842 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by plaintiff UD Technology Corporation and defendant Phenomenex, Inc. ("Phenomenex"), subject to the approval of the Court, that the time of Phenomenex to answer, move, or otherwise respond to the Complaint is hereby extended through and including January 23, 2006. Phenomenex requires this short extension as many of its employees have been away for the holidays, making it difficult to respond on the original due date.

/s/ Christopher A. Selzer
Michael P. Kelly (#2295)
mkelly@mccarter.com
A. Richard Winchester (#2641)
twinchester@mccarter.com
James J. Freebery (#3498)
jfreebery@mccarter.com
Christopher A. Selzer (#4305)
cselzer@mccarter.com
McCarter & English, LLP
919 N. Market Street, Ste. 1800
Wilmignton, DE 19810
302-984-6300
Attorneys for Plaintiff UD Technology Corporation

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendant Phenomenex, Inc.

SO ORDERED this _____ day of January 2006.

_____
U.S.D.J.

RLF1-2964400-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Attorneys for Defendant Research Corporation Technologies

Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street
Suite 1800
Wilmington, DE  19810
Attorneys for Plaintiff UD Technology Corporation

_____
Chad M. Shandler (#3796)