IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  )    C.A. No. 05-842 (GMS) <br>  ) <br> PHENOMENEX, INC., and RESEARCH  ) <br> CORPORATION TECHNOLOGIES,  ) <br>  ) <br> Defendant.  ) | |

### MOTION AND ORDER FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5, and the attached certification, counsel moves the admission *pro hac vice* of Ronald Pabis to represent defendant Research Corporation Technologies in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Benjamin Schladweiler*
Karen Jacobs Louden (#2881)
Benjamin Schladweiler (#4601)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for defendant Research Corporation Technologies*

January 11, 2006

      SO ORDERED this _____ day of _____, 2006

                                      U.S. District Judge

500075

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and the District of Columbia. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Ronald J. Pabis

Date: 1/4/06

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Michael P. Kelly, Esquire
> MCCARTER & ENGLISH, LLP
> 919 North Market Street
> Suite 1800
> Wilmington, DE  19899

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 11, 2006 upon the following individuals in the manner indicated:

## BY HAND

> Michael P. Kelly, Esquire
> MCCARTER & ENGLISH, LLP
> 919 North Market Street
> Suite 1800
> Wilmington, DE  19899

*/s/ Benjamin Schladweiler*

Benjamin Schladweiler (#4601)