IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-842-GMS |
| ) | |
| PHENOMENEX, INC., and ) | |
| RESEARCH CORPORATION ) | |
| TECHNOLOGIES ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

The law firm of Young Conaway Stargatt & Taylor, LLP hereby enters its appearance on behalf of defendant Phenomenex, Inc.

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        _/s/ John W. Shaw_
        John W. Shaw (No. 3362)
        The Brandywine Building, 17th Floor
        1000 West Street
        Wilmington, Delaware 19899-0391
        (302) 571-6600
        Attorneys for Defendant Phenomenex, Inc.

Dated: January 20, 2006

DB01:1327080.1

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on January 20, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael P. Kelly
> McCarter & English, LLP
> 919 N. Market Street, Suite 1800
> P.O. Box 111
> Wilmington, DE 19899
> (302) 984-6301
> mkelly@mccarter.com
>
> Benjamin J. Schladweiler
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> bschladweiler@mnat.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com