# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED

GREEN ISLE PARTNERS, LTD.,
S.E.,

        Plaintiff,

        v.    :  Civil Action No. 01-202 JJF

THE RITZ-CARLTON HOTEL
COMPANY, L.L.C., et al.,

        Defendants.

MAY 11  12 19 PM '01

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MEMORANDUM ORDER

Presently before the Court is Defendants' Motion For Extension Of Time To Answer, Move Or Otherwise Respond (D.I. 13). Plaintiff has filed a Response stating that it informed the Defendants that it would not oppose Defendants request for an extension provided that Defendants would agree to hold a Rule 26(f) discovery conference and that discovery commence immediately following the conference (D.I. 14). In essence, Plaintiff is willing to grant Defendants an additional thirty (30) days to respond to the Complaint as long as the Rule 26(f) discovery conference occurs on or before April 18, 2001 and discovery commences immediately. Defendants filed a Reply (D.I. 15) where, among other matters, Defendants assert that they may seek to move the action to another court or file various motions that would require decision before discovery could commence. Defendants also renew their request that this action be returned to the assignment system for assignment in the normal manner

because Defendants allege that Plaintiff engaged in "judge shopping."

After considering the various arguments of the parties and finding little merit in any of them, except the request by Defendants for an extension premised on the contents of the Complaint, the Court will grant the Defendants an extension until May 25, 2001, and deny all other requested relief.

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendants' Motion For Extension Of Time To Answer, Move Or Otherwise Respond (D.I. 13) is **GRANTED**. The Defendants' shall have until May 25, 2001 to answer or otherwise respond to the Complaint in this action.

2. The relief requested by Plaintiff in its response to Defendants' motion (D.I. 14) is **DENIED**.

3. Defendants request for a second assignment of this matter is **DENIED** because the Court finds that Plaintiff did not intentionally circumvent the Court's random assignment system.

May 11, 2001
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE