IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES<br><br>Defendant. | § § § § § § § § § § § § § § § § | C.A. No. 05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**PLAINTIFF UD'S RESPONSE TO
DEFENDANT PHENOMENEX, INC.'S  MOTION FOR AN EXTENSION OF
TIME TO ANSWER ITS COMPLAINT**

COMES NOW, Plaintiff UD Technology Corporation, a non-profit affiliate of the

University of Delaware ("UD"), by and through undersigned counsel, McCarter & English, LLP,

in response to Defendant Phenomenex, Inc.'s ("Phenomenex") Motion for an Extension to

Answer Complaint and states as follows:

1.  UD filed its complaint on December 5, 2005.  Phenomenex was sent a courtesy copy of

the Complaint the day it was filed.  Service of process upon the Delaware Secretary of State

occurred nine days later as a result of normal service procedures.

2.  Both defendants, Research Corporation Technologies and Phenomenex, were properly

served under Delaware statute on December 15, 2005.  Immediately thereafter, counsel for

Defendant Research Corporation Technologies contacted Plaintiff and requested an extension to

respond to the Complaint. A stipulation was entered between Plaintiff and Research Corporation Technologies for an extension to respond to the Complaint through January 23, 2006.

3. Phenomenex made no similar request. Instead, on December 23, 2005, Phenomenex's California counsel wrote a three page letter demanding that the Complaint be dismissed and threatening sanctions against UD and counsel personally. (Exhibit A).

4. Next, in the afternoon of December 29, 2005, Phenomenex's California counsel sent the undersigned counsel a letter demanding an extension through January 30, 2006. (Exhibit B). Before UD could respond, local counsel for Phenomenex, Richards, Layton & Finger, contacted Plaintiff's counsel on December 30, 2005, the eve of the response deadline, requesting an extension. Plaintiff and Phenomenex agreed to the same extension given Research Technologies Corporation.

5. Rather than working to prepare an appropriate pleading, Phenomenex's California counsel instead on January 3, 2006 delivered to Plaintiff an second four page letter with twenty pages of attachments demanding that Plaintiff dismiss this action immediately. (Exhibit C).

6. Thereafter, Plaintiff's counsel had numerous conversations with Phenomenex's counsel from Richards, Layton & Finger. No request for more time was ever made.

7. Plaintiff's counsel then received a phone call on the morning of January 20, 2006 (once again the eve of the deadline), from Phenomenex's apparently new counsel at Young, Conaway, Stargatt & Taylor, requesting another extension.

8. As a professional courtesy to Delaware counsel, UD offered Phenomenex an additional two weeks to file an answer notwithstanding that Phenomenex already had time to draft three lengthy letters, conduct internal scientific research regarding UD's infringement claims (Exs. A and C), and consult three different law firms.

9.   Counsel for UD has been informed by counsel for Research Corporation Technologies that Research Corporation Technologies will be filing today, a Motion to Dismiss as agreed to in the previous extension.

10.   If Phenomenex fails to respond in a like schedule, Plaintiff will be prejudiced. Phenomenex has for years secretly profited from UD's property and it has taken great lengths to make clandestine its activities.  Further, with Phenomenex delaying a response UD is faced with having to address unilaterally a potentially dispositive motion from Research Corporation Technologies before the primary wrongdoer will have answered.

WHEREFORE, UD prays that this Honorable Court enter an order denying Phenomenex's Motion or, in the alternative provide UD an extension to respond to Research Corporation Technologies Motion to Dismiss within ten day s of Phenomenex's responsive pleading.

Dated:  January 23, 2006.

McCARTER & ENGLISH, LLP

Michael P. Kelly, Esq. (#2295)
A. Richard Winchester, Esq. (#2641)
James J. Freebery, Esq. (#3498)
Christopher A. Selzer, Esq. (#4305)
919 North Market Street, Suite 1800
Wilmington, DE  19899
(302) 984.6300 telephone
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on the 23rd day of January, 2006, I caused to

be served a copy of the foregoing pleading upon the following counsel of record via electronic

filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer

_____
MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff