IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-842 (GMS) |
| ) | |
| PHENOMENEX, INC., and RESEARCH ) | |
| CORPORATION TECHNOLOGIES, ) | |
| ) | |
| Defendant. ) | |

**RESEARCH CORPORATION TECHNOLOGIES'**
**MOTION TO DISMISS PURSUANT TO FED. R. CIV P. 12(b)(6)**

Defendant Research Corporation Technologies ("RCT") hereby moves to dismiss Plaintiff UD Technology Corporation's Complaint against RCT because it is time-barred under 10 *Del. C.* § 8106, and because the Complaint otherwise fails to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this motion are set forth in RCT's Opening Brief In Support Of Its Motion To Dismiss, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com
Benjamin Schladweiler (#4601)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for defendant Research Corporation Technologies*

OF COUNSEL:
Donna M. Tanguay
Ronald J. Pabis
MCDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005-3096
(202)756-8000

Michael J. Rusing
RUSING & LOPEZ, P.L.L.C.
6262 N. Swan Rd., Ste. 200
Tucson, AZ  85718
(520)792-4800


January 23, 2006

503080

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to Michael P. Kelly and John W. Shaw.

I further certify that true and correct copies of the foregoing were caused to be served on January 23, 2006 upon the following individuals in the manner indicated:

**BY HAND**

Michael P. Kelly
MCCARTER & ENGLISH, LLP
919 North Market Street
Suite 1800
Wilmington, DE  19899

John W. Shaw
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899


*/s/ Karen Jacobs Louden*
Karen Jacobs Louden
klouden@mnat.com