# EXHIBIT A

# Shaw, John

| | |
|---|---|
| From: | Norman, Elena |
| Sent: | Friday, January 20, 2006 10:24 AM |
| To: | 'cselzer@mccarter.com' |
| Cc: | Shaw, John |
| Subject: | UD v. Phenomenex |

Chris:

Further to our conversation, my contact information is below. As we discussed, Young Conaway was retained in this case yesterday, and would an extension of three weeks to respond to the Complaint. I understand from you that (i) you will need to run this "up the flagpole"; (ii) your client will likely be willing to consent to some extension of time to file an answer, but not a motion; (iii) any extension would be the last extension your client would agree to for answering. I also understand from you that your client will not file a default against Phenomenex based on failure to respond to the Complaint on Monday Jan. 23.

I will call you early this afternoon.

I am looking forward to working together with you and your firm to litigate this matter professionally.

Regards,

Elena Norman

Elena C. Norman
(Not admitted in Delaware)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-5029
Facsimile: 302-576-3402
enorman@ycst.com

THIS MESSAGE MAY CONTAIN CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATIONS OR OTHER PROTECTED INFORMATION.  IF YOU BELIEVE YOU ARE NOT AN INTENDED RECIPIENT (EVEN IF THIS MESSAGE WAS SENT TO YOUR E-MAIL ADDRESS), YOU MAY NOT USE, COPY, OR RETRANSMIT IT.  IF YOU BELIEVE YOU RECEIVED THIS MESSAGE BY MISTAKE, PLEASE NOTIFY US BY RETURN E-MAIL, AND THEN DELETE THIS MESSAGE. THANK YOU FOR YOUR COOPERATION.