IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-842-GMS |
| | ) | |
| PHENOMENEX, INC., and | ) | |
| RESEARCH CORPORATION | ) | |
| TECHNOLOGIES | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION AND PROPOSED ORDER

WHEREAS, for the reasons set forth in defendant Phenomenex, Inc.'s Motion for an Extension of Time to Respond to the Complaint, Phenomenex desires an extension of time to prepare a response to the 10 count complaint filed against it in accordance with the Federal Rules of Civil Procedure and 35 U.S.C. § 282; and

WHEREAS, plaintiff UD Technology Corporation desires to keep its claims against defendants proceeding at the same pace,

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1.   Defendant Phenomenex, Inc. shall answer, move, or otherwise respond to the complaint on or before February 6, 2006.

...

2. Plaintiff UD Technology Corporation shall file and serve its answering brief in opposition to defendant Research Corporation Technologies motion to dismiss (D.I. 14 ), on or before February 21, 2006.

3. Defendant Phenomenex, Inc. withdraws its motion for an extension (D.I. 12) as moot.

/s/ Christopher A. Selzer

McCARTER & ENGLISH, LLP
Michael P. Kelly (No. 2295)
A. Richard Winchester (No. 2641)
Christopher A. Selzer (No. 4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300
Attorneys for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
Attorneys for Defendant Phenomenex, Inc.

/s/ Karen Jacobs Louden

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Karen Jacobs Louden (No. 2881)
Benjamin Schladweiler (No. 4601)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
Attorneys for Defendant Research Corporation
  Technologies

SO ORDERED this ____ day of _____, 2006,

_____
United States District Judge