IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and RESEARCH CORPORATION TECHNOLOGIES,<br><br>Defendants. | C.A. No.: 05-842-GMS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Young Conaway Stargatt & Taylor, LLP is hereby substituted for the law firm of Richards, Layton & Finger, P.A. as counsel for defendant Phenomenex, Inc. and that Richards, Layton & Finger, P.A. hereby withdraws from this action.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 651-7700
shandler@rlf.com

YOUNG CONAWAY STARGATT &
  TAYLOR, LLP

John W. Shaw (#3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
jshaw@ycst.com