IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENOMENEX, INC., and RESEARCH )<br>CORPORATION TECHNOLOGIES, )<br>)<br>Defendants. ) | Civil Action No.: 05-842-GMS |

### PHENOMENEX, INC.'S MOTION TO DISMISS
### PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)

Defendant Phenomenex, Inc. ("Phenomenex") respectfully moves this Court to dismiss Plaintiff UD Technology Corporation's Complaint against Phenomenex, in part, pursuant to Fed. R. Civ. P. 12(b)(1), for lack of jurisdiction over the subject matter, and Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are fully set forth in Phenomenex's Opening Brief In Support Of Its Motion to Dismiss For Lack Of Subject Matter Jurisdiction And Failure To State A Claim Upon Which Relief Can Be Granted, filed contemporaneously herewith.

WHEREFORE, defendant Phenomenex, Inc. respectfully requests this Court to grant its motion and to enter an order in the form attached hereto.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Elena C. Norman (No. 4780)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Defendant Phenomenex, Inc.*

Dated: February 6, 2006

## **CERTIFICATE OF SERVICE**

I, Monté T. Squire, Esquire, hereby certify that on February 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Michael P. Kelly, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Monté T. Squire (No. 4764)
*msquire@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600