IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENOMENEX, INC., and RESEARCH )<br>CORPORATION TECHNOLOGIES, )<br>)<br>Defendants. ) | Civil Action No.: 05-842-GMS |

### ORDER

At Wilmington this ___ day of _____, 2006, having considered defendant Phenomenex, Inc.'s Motion to Dismiss, and the parties' arguments in support of and opposition to the motion,

IT IS HEREBY ORDERED that Defendant Phenomenex, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) Plaintiff's Complaint, in part, is GRANTED.

_____
United States District Judge