# EXHIBIT A

SMS         Materials Treatment Agreement
MTAG006     Project No. 243-1611; Wirth et al.; 08/19/92

# MATERIALS TREATMENT AGREEMENT

Effective August 28, 1992, Research Corporation Technologies, Inc., 6840 E. Broadway Blvd., Tucson AZ 85710 ("RCT") and PHENOMENEX, INC. ("COMPANY"), agree as follows:

1.   Drs. M.J. Wirth and H.O. Fatunmbi ("INVENTORS") of the University of Delaware have invented a Multiple-Substituted Polysiloxane Monolayer ("INVENTION") as described in U.S. Patent Application No. 900,215, filed 06/17/92 ("APPLICATION"). The INVENTORS have assigned the INVENTION and APPLICATION to RCT.

2.   COMPANY shall provide to INVENTORS certain materials to be treated according to the INVENTION. RCT shall request INVENTORS to treat such materials for COMPANY.

3.   RCT consents to the treatment of such materials according to the INVENTION solely for research purposes. Upon receipt of the treated materials by COMPANY, the following shall apply:

   a.   COMPANY shall:

      (i) Use the treated materials solely for noncommercial research purposes, specifically including internal direct comparisons of separation processes;

      (ii) Within thirty (30) days of first receipt of the treated materials, advise RCT and the INVENTORS of the results of COMPANY's evaluation; and

      (iii) Upon completion of its research, destroy or return to INVENTORS any unused portions of the treated materials, including derivatives, fragments or modifications.

   b.   COMPANY shall not:

      (i) Use, cause to be used, or permit to be used the treated materials in any study other than those in direct furtherance of its research under this Agreement;

      (ii) Transfer the treated materials from its facility to any other site owned or controlled by another person; or

      (iii) Use the treated materials for any commercial or nonacademic purposes.

4.   If, during the course of its research with the treated materials, COMPANY makes an invention using the treated materials (such as a new use for the treated materials), COMPANY shall grant RCT a first right of negotiation for any license COMPANY elects to grant to practice such invention.

5.   THE MATERIALS TREATED ACCORDING TO THE INVENTION ARE EXPERIMENTAL IN NATURE AND NEITHER RCT NOR INVENTORS MAKE ANY REPRESENTATIONS OR EXTEND ANY WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OF FITNESS FOR A PARTICULAR PURPOSE, OR THAT THE USE OF THE TREATED MATERIALS WILL NOT INFRINGE ANY PATENT, COPYRIGHT, TRADEMARK OR OTHER RIGHT.

SMS             Materials Treatment Agreement
MTAG006         Project No. 243-1611; Wirth et al.; 08/19/92

6. In no event shall RCT or INVENTORS be liable for any use of the treated materials, and COMPANY shall defend, indemnify and hold harmless RCT and INVENTORS from any loss, claim, or liability, of whatever nature, that may arise from or in connection with the shipment of or COMPANY's use of the treated materials.

7. This Agreement shall not be construed to grant to COMPANY any express or implied option, license or other right, title or interest in or to the INVENTION or materials treated according to the INVENTION.

PHENOMENEX, INC.

Signature _____
By: _____
Title: _____

RESEARCH CORPORATION
TECHNOLOGIES, INC.

_____
Gary M. Munsinger

President

(Appv'd LAW S.M.S.)