# EXHIBIT C

ASNAG257        RCT Project No. 243-1611, Wirth - RCT to Institution

## Agreement to Assign

The PARTIES and other fully-capitalized terms are defined in SECTION 3.

Effective____July 24, 2001_____, RCT and INSTITUTION agree as follows:

SECTION 1. Recitals.

    1.1. The INVENTORS made the INVENTION described in the PATENT RIGHTS. The INSTITUTION submitted the INVENTION to RCT for evaluation and commercialization under the DECA.

    1.2. In accordance with the DECA, INSTITUTION has caused the assignment to RCT of the INSTITUTION's and the INVENTORS' entire right, title and interest in the INVENTION and PATENT RIGHTS in the DEED OF ASSIGNMENT.

    1.3. The INSTITUTION now desires that the INVENTION and PATENT RIGHTS be assigned to INSTITUTION or INSTITUTION's designee. RCT is willing to make such assignment under the following terms and conditions.

SECTION 2. Agreements.

    2.1. RCT agrees to assign the INVENTION and PATENT RIGHTS to the INSTITUTION or INSTITUTION's designee by executing and delivering to INSTITUTION a certain deed of assignment from RCT in the form of Exhibit A, attached to this Agreement, promptly upon full execution of this Agreement.

    2.2. INSTITUTION agrees to accept the aforesaid assignment of the INVENTION and PATENT RIGHTS with the understanding that:

        (a) RCT shall have no further obligation with respect to the patenting of the INVENTION, including the filing, prosecution and maintenance of the PATENT RIGHTS or any other patent applications or patents covering the INVENTION; and

        (b) RCT shall have no further obligation with respect to the marketing or licensing of the INVENTION or PATENT RIGHTS, either under the DECA or otherwise; provided however that, this Agreement shall not release RCT from its obligation to pay INSTITUTION amounts payable to INSTITUTION out of moneys received or to be received by RCT and which is distributable to INSTITUTION under the DECA as a consequence of RCT's ownership or licensing of the INVENTION or PATENT RIGHTS.

SECTION 3. Definitions.

    3.1. "DEED OF ASSIGNMENT" means that deed of assignment recorded in the U.S. Patent and Trademark Office on July 15, 1993 at Reel: 6938; Frames: 007, 008, 009 and 010.

    3.2. "DECA" means that Disclosure, Evaluation and Commercialization of Inventions Agreement between RCT and the INSTITUTION dated April 1, 1990.

    3.3. "INVENTION" means Products Having Multiple-Substituted Polysiloxane Monolayer.

    3.4. "INVENTORS" mean Mary J. Wirth and Hafeez O. Fatunmbi.

ASNAG257         RCT Project No. 243-1611, Wirth - RCT to Institution

     3.5.  "PARTIES" mean RCT and INSTITUTION, where:

"RCT" means Research Corporation Technologies, Inc., 101 North Wilmot Road, Suite 600, Tucson, Arizona, 85711-3335.

"INSTITUTION" means the University of Delaware, Newark Delaware, 19716-1551.

     3.6.  "PATENT RIGHTS" mean:
          U.S. Patent No. 5,599,625 issued February 4, 1997 and
          U.S. Patent No. 5,716,705 issued February 10, 1998.

SECTION 4.   <u>Government Rights.</u>  This Agreement and any assignment hereto are subject to the rights of the United States Government, if any, as set forth in Exhibit A hereof.

RCT  
Research Corporation Technologies, Inc.

By _____  
Gary M. Munsinger  
President

INSTITUTION  
University of Delaware

By: _____  
Title _Associate Provost for Research_

2

RCT/Phmx 00008

ASN537   RCT Project No. 243-1611 - RCT to Institution

Deed of Assignment

"INVENTION" means Products Having Multiple-Substituted Polysiloxane Monolayer.

"PATENTS RIGHTS" mean:
U.S. Patent No. 5,599,625 issued February 4, 1997 and
U.S. Patent No. 5,716,705 issued February 10, 1998.

"ASSIGNEE" means University of Delaware, Newark Delaware, 19716-1551.

"RCT" means Research Corporation Technologies, Inc., 101 North Wilmot Road, Suite 600, Tucson, Arizona 85711-3335.

1. RCT hereby assigns to ASSIGNEE RCT's entire right, title and interest in:
   (a) the INVENTION;
   (b) the PATENT RIGHTS;
   (c)) all reissues, extensions, renewals and reexaminations of the patent rights described in (b).

2. RCT hereby authorizes and requests the United States Patent Office to issue to the ASSIGNEE all patents described in paragraph 1 that may be granted.

3. RCT agrees to execute any further lawful documents that ASSIGNEE deems reasonably necessary to fully protect ASSIGNEE's interest in the INVENTION and the documents described in paragraph 1.

4. Government rights mean National Science Foundation, Reference No. CHE-8814602.

(SEAL)
RESEARCH CORPORATION TECHNOLOGIES, INC.

By: _____     Date: August 10, 2001
    Gary M. Munsinger
    President

STATE OF ARIZONA  )
                  )ss.
COUNTY OF PIMA    )

On this 10 day of August, 2001, before me personally came Gary M. Munsinger, to me known and known to be the President of Research Corporation Technologies, Inc., the assignor named above, and acknowledged that he executed the foregoing instrument on behalf of the assignor and pursuant to authority duly received; and he further acknowledged that the seal affixed to the foregoing instrument is the seal of the assignor and that it was affixed thereto pursuant to like authority.

_____        Commission Expires: Oct. 30, 2003
Notary Public

GRETCHEN LAWHEAD
Notary Public - Arizona
Pima County
My Comm. Expires Oct 30, 2003

RCT/Phmx 00006