IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>   Plaintiff,<br><br>v.<br><br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | § § § § § § § § § § § § § | C.A. No.  05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**COMPENDIUM TO
PLAINTIFF UD TECHNOLOGY CORPORATION'S MEMORANDUM
OF LAW IN OPPOSITION TO PHENOMENEX, INC.'S
<u>MOTION TO DISMISS</u>**

                                 **McCARTER & ENGLISH, LLP**

                                 Michael P. Kelly, Esq. (#2295)
                                 A. Richard Winchester, Esq. (#2641)
                                 James J. Freebery, Esq. (#3498)
                                 Christopher A. Selzer, Esq. (#4305)
                                 919 North Market Street, Suite 1800
                                 Wilmington, DE  19899
                                 (302) 984.6300 telephone
Dated:  February 21, 2006                **Attorneys for Plaintiff**

## **TABLE OF CONTENTS**

Tab

*Azurix Corp. v. Synagro Technologies, Inc.*, 2000 WL. 193117
   (Del. Ch. Feb. 3, 2000), *appeal denied*, 748 A.2d 406 (Del. 2000) .......................................... 1

*Bell Atlantic Meridian System v. Octel Communications Corp.*,
   1995 WL. 707916 (Del.Ch. Nov.28, 1995) ................................................................................ 2

*Christiana Town Center, LLC v. New Castle Center*, 2003 WL. 21314499 (Del.Ch. 2003) .......... 3

*McGowan v. Ferro*, 2004 WL. 2423570 (Del. Ch.) ........................................................................ 4

*PHP Liquidating, LLC v. Robbins*, 2003 WL. 1053531 (D.Del.) .................................................... 5

*Tafeen v. Homestore, Inc.*, 2004 WL. 556733 (Del. Ch.) ............................................................... 6

*United Dairymen of Arizona v. Schugg*,
   --- P.3d ----, 2006 WL. 301883 (Ariz.App. Div. 1, 2006) ......................................................... 7

*Wright v. Dumizo*, 2002 WL. 31357891 (Del. Super.) .................................................................. 8

**CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on the 21st day of February, 2006, I caused to be served a copy of the foregoing pleading upon the following counsel of record via electronic filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____
MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

ME1\5456299.1