IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | § § § § § § § § § § § § § § | C.A. No.    05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**PLAINTIFF UD TECHNOLOGY CORPORATION'S RESPONSE
TO RESEARCH CORPORATION TECHNOLOGIES' MOTION TO DISMISS**

Plaintiff UD Technology Corporation hereby requests that this Honorable Court deny Research Corporation Technologies' Motion to Dismiss. The grounds for Plaintiff's opposition is set forth in Plaintiff UD Technology Corporation's Memorandum of Law in Opposition to Research Corporation Technologies' Motion to Dismiss filed simultaneously herewith.

                 MCCARTER & ENGLISH, LLP

                 /s/ Michael P. Kelly
                 _____
                 Michael P. Kelly (DE Bar No. 2295)
                 A. Richard Winchester (DE Bar No. 2589)
                 James J. Freebery (DE Bar No. 3498)
                 Christopher A. Selzer (DE Bar No. 4305)
                 Andrew S. Dupre (DE Bar No. 4621)
                 919 N. Market Street, 18th Floor
                 Wilmington, DE 19801
                 (302) 984-6300
                 (302) 984-6399

Dated: February 21, 2006

ME1\5508971.1

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that on the 21st day of February, 2006, I caused to be served a copy of the foregoing pleading upon the following counsel of record via electronic filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____
MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

ME1\5456299.1