IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>           Plaintiff,<br><br>   v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | §§§§§§§§§§§§§ | C.A. No.    05-842-GMS<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

**COMPENDIUM OF UNREPORTED OPINIONS TO
PLAINTIFF UD TECHNOLOGY CORPORATION'S
MEMORANDUM OF LAW IN OPPOSTION TO
RESEARCH CORPORATION TECHNOLOGIES' MOTION TO DISMISS**

McCARTER & ENGLISH, LLP

Michael P. Kelly, Esq. (#2295)
A. Richard Winchester, Esq. (#2641)
James J. Freebery, Esq. (#3498)
Christopher A. Selzer, Esq. (#4305)
Andrew S. Dupre, Esq. (#4621)
919 North Market Street, Suite 1800
Wilmington, DE 19899
(302) 984.6300 telephone
**Attorneys for Plaintiff**

February 21, 2006

ME1\5508415.1

# TABLE OF CONTENTS

Tab

*Descano v. Walters*, 1992 WL. 9078 (Del. Super.).................................................................1

*East v. Tansey*, 1993 WL. 487807 (Del. Ch.)......................................................................2

*Kent County Motor Sales Co., v. O.A. Newton & Sons Co.*,
   1991 WL. 215909 (Del. Super.).....................................................................................3

*Metro Ambulance, Inc. v. Eastern Medical Billing, Inc.*,
   1995 WL. 409015 (Del. Ch.) .........................................................................................4

*Tafeen v. Homestore, Inc.*, 2004 WL. 556733 (Del. Ch.)....................................................5

*Thorpe v. Cerbco*, 1993 WL. 443406 (Del. Ch.) ................................................................6

*Wright v. Dumizo*, 2002 WL. 31357891 (Del. Super.).......................................................7

ME1\5508415.1

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that on the 21st day of February, 2006, I caused to be served a copy of the foregoing pleading upon the following counsel of record via electronic filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Benjamin J. Schladweiler, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly

---

MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

ME1\5456299.1