# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES<br><br>Defendant. | § § § § § § § § § § § § § § § | C.A. No. 05-842-GMS |

### STIPULATION AND PROPOSED ORDER

WHEREAS the parties have conferred concerning Defendant Research Corporation Technologies' ("RCT") Motion to Stay Discovery (D.I. 17); and

WHEREAS all parties agree that it is in the interest of the parties and the Court to conserve resources during the pendency of both RCT's Motion To Dismiss (D.I. 14), and Phenomenex, Inc.'s Motion to Dismiss (D.I. 21-22);

NOW, THEREFORE, the parties stipulate and agree, subject to the approval of the Court, as follows:

1. All discovery shall be stayed until the disposition of the pending Motions To Dismiss; and

2. The parties shall not refer to this stipulation to the detriment of any party; and

3. This stipulation shall not prevent UD Technology Corporation from demanding discovery from Phenomenex, Inc. in the event that Phenomenex, Inc.'s Motion to Dismiss raises in whole or in part issues of *in personam* jurisdiction; and

4. RCT's Motion To Stay Discovery (D.I. 17) is hereby withdrawn as moot.

/s/ Christopher A. Selzer      /s/ Karen Jacobs Louden

McCARTER & ENGLISH, LLP

Michael P. Kelly (No. 2295)
A. Richard Winchester (No. 2641)
Christopher A. Selzer (No. 4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300
Counsel for Plaintiff

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP
Karen Jacobs Louden (No. 2881)
Benjamin Schladweiler (No. 4601)
1201 Market Street
Wilmington, DE 19801
(302) 658-9200
Counsel for Defendant Research Corporation Technologies

/s/ John W. Shaw

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
John W. Shaw (No. 3362)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Counsel for Defendant Phenomenex, Inc.

SO ORDERED this _____ day of February 2006,

_____
The Honorable G.M. Sleet

2

ME1\5483770.1
ME1\5484483.1