McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

Michael P. Kelly
Partner

mkelly@mccarter.com



McCARTER ENGLISH
ATTORNEYS AT LAW

April 4, 2006

**BY ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re:  UD Technology Corporation v. Phenomenex, et al.
     C.A. No. 05-842-GMS

Dear Judge Sleet:

      I write on behalf of plaintiff UD Technology Corporation ("UDTC") in response to defendant Phenomenex, Inc.'s ("Phenomenex") letter of this afternoon. Please be advised that UDTC does not join in Phenomenex's proposal to stay the Rule 16 conference until after the pending Motions to Dismiss are resolved. UDTC is prepared to submit a Joint Status Report, attend the Rule 16 conference and argue the Motions to Dismiss in conformity with the Court's wishes.

Respectfully submitted,


/s/ Michael P. Kelly


Michael P. Kelly
DE Bar ID No. 2295

JJF:jr

cc:  Elena C. Norman, Esq. (via efiling)
     Benjamin J. Schladweiler, Esq. (via efiling)
     Karen Jacobs Louden, Esq. (via efiling)
     John W. Shaw, Esq. (via efiling)

ME1\5585861.1