CHRISTOPHER A. SELZER

Associate, Business Litigation Group
302. 984.6392
cselzer@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

May 15, 2006

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801



**M<sup>c</sup>CARTER ENGLISH**

ATTORNEYS AT LAW

Re:  UD Technology Corp. v. Phenomenex, Inc., Research Corporation Technologies
     C.A. No.: 05-842-GMS

Dear Judge Sleet:

I represent plaintiff UD Technology Corp. ("UDTC") in the above referenced litigation. Plaintiff UDTC and defendant Research Corporation Technologies ("RCT"), have agreed to enter into a stipulation which (1) will restate those parties prior complete assignment of all past present and future right, title and interest in the relevant intellectual property and patents at issue herein (including the right to sue for past patent infringement), to UDTC, and (2) for the avoidance of any further doubt, assign any such right, title and interest as RCT still may have to UDTC (the "Clarification").  UDTC and RCT have further agreed that, a result of the Clarification, UDTC will dismiss, with prejudice, RCT from this action.  The Clarification, and stipulation of dismissal, with prejudice, of RCT from this action, shall all be presented to the Court in short order, thus rendering moot RCT's Motion to Dismiss.

In light of the Clarification, UDTC anticipates filing an Amended Complaint against Phenomenex only.  Such an Amended Complaint and the Clarification, will significantly resolve most of the issues raised by Phenomenex's Motion to Dismiss.   UDTC respectfully therefore requests that the Court forego any ruling upon Phenomenex's and RCT's Motions to Dismiss, until after RCT is dismissed from this action and UDTC has filed its Amended Complaint.

UDTC and RCT are available at any time should the Court have questions about this or any other matter.

Respectfully submitted,

/s/Christopher A. Selzer
CHRISTOPHER A. SELZER
(DE Bar ID NO.: 4305)

CAS:dg
cc:   Michael P. Kelly, Esq. (UD Technology Corp.)
      Karen Jacobs Louden, Esq. (RCT)
      John Shaw, Esq. (Phenomenex, Inc.)

ME1\5651055.1