IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>Plaintiff,<br><br>v.<br><br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | C.A. No. 05-842-GMS<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## STIPULATION OF DISMISSAL

IT IS STIPULATED and agreed by and between Plaintiff UD Technology Company and Defendant Research Corporation Technologies and their respective counsel of record that Plaintiff's claims against RCT are hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT**<br>**& TUNNELL**<br><br>/s/ Karen Jacobs Louden<br>Karen Jacobs Louden (DE Bar No. 2881)<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 351-9227 | **MCCARTER & ENGLISH, LLP**<br><br><br>/s/ Michael P. Kelly<br>Michael P. Kelly (DE Bar No. 2295)<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(302) 984-6300 |

**SO ORDERED**, this _____ day of __, 2006.

_____
The Honorable Gregory M. Sleet

ME1\5733097.1