## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that on the 21st day of July, I caused to be served a copy of the foregoing pleading upon the following counsel of record via electronic filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly

MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

ME1\5456299.1