IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No.　　05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**PLAINTIFF UD TECHNOLOGY CORPORATION'S
MOTION TO AMEND THE COMPLAINT**

Plaintiff UD Technology Corporation ("UDTC"), by and through its attorneys and pursuant to Fed. R. Civ. P. 15, hereby Moves To Amend The Complaint. In support of this motion, Plaintiff states the following:

1.　UDTC and Defendant Research Corporation Technologies ("RCT") have amicably settled all issues between them relevant to this litigation.

2.　On July 21, 2006 UDTC and RCT entered into a Stipulation of Dismissal, attached hereto as Exhibit A.

3.　Presently pending before the Court is UDTC's voluntary Stipulation of Dismissal, With Prejudice, of RCT from this action.

4.　The aforementioned resolution and dismissal made extraneous certain allegations of the Complaint and the Complaint should be amended in the interest of judicial economy.

5.   The Amended Complaint as proposed, is attached hereto as Exhibit B.

**WHEREFORE**, Plaintiff UDTC respectfully requests that this Honorable Court enter an Order, in the form attached hereto, permitting Plaintiff to file an Amended Complaint.

**MCCARTER & ENGLISH, LLP**

/s/ Michael P. Kelly
_____
Michael P. Kelly (DE Bar No. 2295)
919 N. Market Street, 18th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399

Dated: July 21, 2006

ME1\5733122.1