IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>   Plaintiff,<br><br>vi.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | C.A. No.  05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**[PROPOSED] ORDER GRANTING
<u>PLAINTIFF'S MOTION TO AMEND THE COMPLAINT</u>**

Having considered Plaintiff's Motion to Amend the Complaint,

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion to Amend the Complaint is hereby GRANTED.

**SO ORDERED**, this ___ day of _____, 2006.

_____
The Honorable Gregory M. Sleet