# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | § § § § § § § § § § § § § | C.A. No. 05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

## STIPULATION OF DISMISSAL

IT IS STIPULATED and agreed by and between Plaintiff UD Technology Company and Defendant Research Corporation Technologies and their respective counsel of record that Plaintiff's claims against RCT are hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT<br>& TUNNELL** | **MCCARTER & ENGLISH, LLP** |
| /s/ Karen Jacobs Louden<br>Karen Jacobs Louden (DE Bar No. 2881)<br>1201 N. Market Street<br>Wilmington, DE 19899<br>(302) 351-9227 | /s/ Michael P. Kelly<br>Michael P. Kelly (DE Bar No. 2295)<br>919 N. Market Street, 18th Floor<br>Wilmington, DE 19801<br>(302) 984-6300 |

   **SO ORDERED**, this _____ day of __, 2006.

_____
The Honorable Gregory M. Sleet

ME1\5733097.1

## **CERTIFICATE OF SERVICE**

I, Michael P. Kelly, hereby certify that on the 21st day of July, I caused to be served a copy of the foregoing pleading upon the following counsel of record via electronic filing:

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

Chad Michael Shandler, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19899

Karen Jacobs Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
_____
MICHAEL P. KELLY (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

**Other Documents**
1:05-cv-00842-GMS UD Technology Corporation v. Phenomenex Inc. et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Kelly, Michael entered on 7/21/2006 at 2:16 PM EDT and filed on 7/21/2006
**Case Name:**           UD Technology Corporation v. Phenomenex Inc. et al
**Case Number:**         1:05-cv-842
**Filer:**               UD Technology Corporation
**Document Number:** 37

**Docket Text:**
STIPULATION of Dismissal by UD Technology Corporation. (Attachments: # (1) Certificate of Service)(Kelly, Michael)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/21/2006] [FileNumber=247681-0]
[786460108367a9815f29112c423552e077e6644cbbe47d2472507b999adda08521e9
789a2b25570f37659ca27a457f357fc25549c4c8d79e71960c5532e166a1]]
**Document description:** Certificate of Service
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/21/2006] [FileNumber=247681-1]
[67b50858c8ec9f2d508ad8b2a0de4f4b3eb45402bf6d22211f34cc4fa96ec0231aad
79d179c4c3ab3edb20c89898bc0509cde233e5258b4f579e6644a9fc6de4]]

**1:05-cv-842 Notice will be electronically mailed to:**

Michael P. Kelly    mkelly@mccarter.com, fboccuti@mccarter.com; tpearson@mccarter.com; mhackstie@mccarter.com

Karen Jacobs Louden    kjlefiling@mnat.com

Benjamin J. Schladweiler    bschladweiler@mnat.com,

Chad Michael Shandler    shandler@rlf.com, pstewart@rlf.com

John W. Shaw    jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com; corpcal@ycst.com

**1:05-cv-842 Notice will be delivered by other means to:**