Michael P. Kelly

Managing Parnter, Wilimington Office
302. 984.6300
Fax 302. 984.2493
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



ATTORNEYS AT LAW

July 21, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324
Lockbox 19
Wilmington, Delaware 19801

Re:  *UD Technology Corp. v. Phenomenex, Inc. et al.*, C.A. No. 05-842-GMS
     Settlement of claims against and dismissal of Defendant Research
     Corporation Technologies

Dear Judge Sleet:

   I write to advise the Court that Plaintiff UD Technology Corporation ("UDTC") and Defendant Research Corporation Technologies ("RCT") have amicably settled this litigation. Attached hereto are courtesy copies of pleadings filed today as a consequence of this settlement: a Stipulation of Dismissal entered by UDTC and RCT and a Motion To Amend The Complaint to reflect that UDTC no longer seeks to prosecute such claims.

   I am available at the Court's convenience to answer any of Your Honor's questions, or to address any scheduling issues occasioned by RCT's dismissal or the still pending Motion to Dismiss filed by Defendant Phenomenex, Inc.

Respectfully submitted,

Michael P. Kelly
DE ID No. 2295

MPK:jr
Enclosures

cc: All Counsel of Record (w/encls.) (via electronic filing)

MEI\5733142.1