## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael P. Kelly
>McCarter & English, LLP
>919 N. Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE 19899
>(302) 984-6301
>mkelly@mccarter.com

Additionally, I hereby certify that on August 21, 2006, a copy of the foregoing document was caused to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/
>_____
>Elena C. Norman (No. 4780)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>enorman@ycst.com