IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-842-GMS |
| | ) | |
| PHENOMENEX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPENDIUM OF UNREPORTED CASES CITED IN
DEFENDANT PHENOMENEX, INC.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT**

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Elena C. Norman (No. 4780)
*enorman@ycst.com*
Karen E. Keller (No. 4489)
*kkeller@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600

*Attorneys for Defendant Phenomenex, Inc.*

Dated:  August 21, 2006

# INDEX

*Cases* *Tab*

Allergan, Inc. v. Alcon Inc.,
    C.A. No. 04-968-GMS (D. Del. Jan. 17, 2006)..........................1

Am. Energy Techs., Inc. v. Colley & McCoy, Inc.,
    C.A. No. 98-398 MMS, 1999 U.S. Dist. LEXIS 7097
    (D. Del. Apr. 15, 1999)..........................2

Paul Boerger v. Commerce Ins. Serv.,
    C.A. No. 04-1337, 2005 U.S. Dist. LEXIS 30239
    (D.N.J. Nov. 28, 2005)..........................3

CertainTeed Corp. v. Celotex Corp.,
    C.A. No. 471, 2005 Del. Ch. LEXIS 11 (Jan. 24, 2005)..........................4

Cypress Associates, LLC, v. Sunnyside Cogeneration. Assoc. Project
    C.A. No. 1607-N, 2006 Del. Ch. LEXIS 61 (Mar. 8, 2006)..........................5

In re Dean Witter Partnership Litigation,
    C.A. No. 14816, 1998 Del. Ch. LEXIS 133 (Jul. 17, 1998)..........................6

Demetree v. Commonwealth Trust Co.,
    1996 Del. Ch. LEXIS 112 (Del. Ch. Aug. 27, 1996)..........................7

Johannes R. Krahmer v. Christie's Inc.,
    C.A. No. 606-N (Del. Ch. June 2, 2006)..........................8

Moore Business Forms, Inc. v. Cordant Holdings Corp.,
    C.A. No. 13911, 1995 Del. Ch. LEXIS 134 (Nov. 2, 1995)..........................9

Palese v. Delaware State Lottery Office,
    C.A. No. 1546-N, 2006 Del. Ch. LEXIS 126 (June 29, 2006)..........................10

Savor Inc. v. FMR Corp.,
    C.A. No. 00C-10-249-JRS, 2001 WL 541484 (Del. Super. 2001)..........................11

Sicom Sys. Ltd. v. Agilent Techs., Inc.,
    C. A. No. 03-1171-JJF, 2004 U.S. Dist. LEXIS 19966 (D. Del. Oct. 5, 2004)..........................12

Teachers' Retirement System of Louisiana v. AIG,
    C.A. No. 20106 (Del. Ch. May 21, 2006)..........................13

Tuckman v. Aerosonic Corp.,
    C.A. No. 4094, 1975 Del. Ch. LEXIS 220 (Oct. 21, 1975)..........................14

VLIW Tech. LLC v. Hewlett-Packard Co.,
    C.A. No. 20069, 2005 Del. Ch. Lexis 59 (May 4, 2005)..........................15