## CERTIFICATE OF SERVICE

I, Elena C. Norman, Esquire, hereby certify that on August 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael P. Kelly
> McCarter & English, LLP
> 919 N. Market Street, Suite 1800
> P.O. Box 111
> Wilmington, DE 19899
> (302) 984-6301
> mkelly@mccarter.com

Additionally, I hereby certify that on August 21, 2006, a copy of the foregoing document was caused to be served by hand delivery on the above-listed counsel of record.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Elena C. Norman
> _____
> Elena C. Norman (No. 4780)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> enorman@ycst.com