# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-842-GMS |
| | ) | |
| PHENOMENEX, INC., | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties, and subject to the approval of the Court, that due to the previously scheduled

vacation of counsel, Phenomenex, Inc.'s time to respond to Plaintiff UD Technology

Corporation's Motion to Amend the Complaint (D.I. 38) shall be extended through and including

August 21, 2006 and UD Technology Corporation's time to file its reply brief shall be extended

through and including September 1, 2006.


/s/ Christopher A. Selzer
McCARTER & ENGLISH, LLP
Michael P. Kelly (No. 2295)
A. Richard Winchester (No. 2641)
Christopher A. Selzer (No. 4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300
Attorneys for Plaintiff
cselzer@mccarter.com

YOUNG CONAWAY STARGATT &
   TAYLOR, LLP
John W. Shaw (No. 3362)
Elena C. Norman (No. 4780)
Karen E. Keller (No. 4489)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
Attorneys for Defendant
kkeller@ycst.com

SO ORDERED this _3rd_ day of _August_, 2006.

_s/b Judge Sleet_
United States District Judge

DB01:2160671.1

061044.1001