# EXHIBIT B

## ASSIGNMENT

This Assignment is effective this twenty seventh day of May, 2004 by and between the University of Delaware (University), a non-profit corporation of the State of Delaware and UD Technology Corporation (Corporation), a non-profit corporation of the State of Delaware.

### WITNESSETH

WHEREAS, the University of Delaware is the owner of US Patent No. 5,599,625 (UD92-04) titled, "Products Having Multiple-Substituted Polysiloxane Monolayer" (Patent);

WHEREAS, Corporation is desirous of securing all rights, titles and privileges granted under the Patent Application;

NOW, THEREFORE, the parties agree as follows:

1. University hereby assigns, transfers, and conveys all of its right, title and interest in and to the Patent.

2. Corporation hereby undertakes, assumes and agrees to perform, pay or discharge all obligations of University accruing from and after the date hereof in respect of the Patent referenced in paragraph 1 above.

3. This agreement shall inure to the benefit of and be binding upon Corporation and its respective successors and assigns.

4. University retains a royalty free, nonexclusive license to practice the Patent for educational and research purposes.

IN WITNESS WHEREOF, the parties have executed this agreement as of the date indicated below.

University of Delaware
By: _____
Richard D. Holsten

Title: Associate Provost for Research

Date: 5/27/04

UD Technology Corporation
By: _____
T W Fraser Russell

Title: President

Date: 5/28/04