# EXHIBIT C

## ASSIGNMENT OF RIGHTS AGREEMENT

**THIS ASSIGNMENT OF RIGHTS AGREEMENT** ("Assignment of Rights"), is executed as of the 30TH day of November, 2005 by and between The University of Delaware, a non-profit corporation of the State of Delaware (the "University") and UD Technology Corporation, a non-profit corporation of the State of Delaware (the "Corporation").

### WITNESSETH:

**WHEREAS**, the University entered into an agreement dated April 1, 1990 with Research Corporation Technologies, Inc. ("RCT") regarding the disclosure, evaluation and commercialization of certain inventions (the "DECA"), pursuant to which certain technology and inventions were disclosed to RCT for evaluation to determine the potential for commercialization; and

**WHEREAS**, following RCT's evaluation of certain technology disclosed by or through the University pursuant to the DECA relating to chromatographic separations technologies (the "Technology"), the University, together with the inventors of the Technology, caused the Technology to be assigned to RCT pursuant to a Deed of Assignment recorded in the U.S. Patent and Trademark Office on July 15, 1993 at Reel: 6938; Frames: 007, 008, 009, and 010 (the "RCT Assignment"); and

**WHEREAS**, pursuant to the terms of the DECA, RCT took certain steps to commercialize the Technology, including without limitation, the filing of US Patent Application Serial Number 07/900,215 which eventually issued as US Patent Number 5,599,625 entitled, "Products Having Mulitple-Substituted Polysiloxane Monolayer" (the "Patent"); and

**WHEREAS**, pursuant to the terms of the DECA, and in light of the RCT Assignment, RCT undertook certain obligations to the University with regard to the Patent, including, among other things, the obligation to pay the University a percentage of any income earned by RCT in connection with commercialization of the Technology, including without limitation the licensing of the Patent (the "Royalty Obligation"); and

**WHEREAS**, on July 24, 2001, RCT transferred and assigned all right, title and interest in and to the Patent to the University pursuant to a Deed of Assignment recorded in the U.S. Patent and Trademark Office on September 4, 2001 at Reel: 012124; Frame: 0469 (the "UD Assignment"); and

**WHEREAS**, on May 27, 2004, the University transferred and assigned all right, title and interest in and to the Patent to the Corporation (the "Corporation Assignment"); and

**WHEREAS**, the University and the Corporation each desire that the Corporation shall possess, without limitation, the exclusive right to any and all benefits accruing to the University pursuant to the DECA including but not limited to any and all rights, past, present or future, arising from or relating to the Patent, the Technology and the Royalty Obligation.

Error! Unknown document property name.

**NOW, THEREFORE,** in consideration of the foregoing and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged by the parties hereto, the University and the Corporation hereby agree as follows:

1.   **Assignment of University's Rights and Obligations under the DECA.**

**1.1**   The University hereby assigns to the Corporation any and all of its rights arising under the DECA, including without limitation the rights to receive any and all past, present and/or future payments from RCT including, but not limited to the Royalty Obligations, as well as any and all past, present and/or future claims, demands, causes of action, of every name and nature, known or unknown, in law and in equity, arising out of, which may have existed, and/or which could have been asserted or in any way connected with the commercialization of the Technology by RCT under the DECA, including without limitation any and all past, present and/or future third party beneficiary rights held by the University.

**1.2**   The Corporation hereby undertakes, assumes and agrees to perform, pay or discharge all obligations of the University arising from or related to the DECA.

2.   **Assignment of University's Rights to the Technology.**

**2.1**   The University hereby assigns, transfers, and conveys to the Corporation all of the University's past, present and future right, title and interest in and to the Technology not otherwise assigned and conveyed to the corporation pursuant to the Corporation Assignment.

**2.2**   The Corporation hereby undertakes, assumes and agrees to perform, pay or discharge all obligations of the University arising from the Technology.

3.   **No Amendment to Corporation Assignment.** Except as specifically set forth herein, nothing in this Assignment of Rights shall change any of the terms of the Corporation Assignment, and to this end, the University shall retain a royalty free, nonexclusive license to practice the Patent for educational and research purposes as set forth in the Corporation Assignment.

4.   **Miscellaneous.**

**4.1**   **Entire Agreement.** This Assignment of Rights, together with the Corporation Assignment, represents the entire agreement between the Corporation and the University with respect to the subject matter hereof and supercedes all other agreements or discussions between the parties whether in writing or oral, including any warranties, express or implied provided by the parties. No amendment or modification shall have any effect unless reduced to writing and signed by all parties thereto.

**4.2**   **Governing Law.** This Agreement shall be governed by, and interpreted, construed and enforced in accordance with, the laws of the State of Delaware without reference to its principles regarding the conflict of laws.

2

Error! Unknown document property name.

    **4.3**   <u>**Binding Upon Successors and Assigns**</u>.  This Agreement shall be binding upon and inure to the benefit of successors and assigns of the parties hereto.

          **IN WITNESS WHEREOF**, the authorized representatives of the parties have executed this Assignment as of the date first set forth above.

**THE UNIVERSITY OF DELAWARE**      **UD TECHNOLOGY CORPORATION**

By: _Paul W Kes_           By: _Carolyn Thoroughgood_

Name/Title: _RICHARD D. HOLSTEN_     Name/Title: _Carolyn Thoroughgood, President_
             _ASSOCIATE PROVOST FOR RESEARCH_

3

**Error! Unknown document property name.**