## CERTIFICATE OF SERVICE

I, A. Richard Winchester, undersigned counsel of record, hereby certify that on January 19, 2007, I caused a copy of the foregoing Plaintiff's Motion to Reconsider and Amend Paragraph 1(a) of the Order of January 4, 2007 to be served upon all counsel of record via CM/ECF Filing.

/s/ A. Richard Winchester
A. Richard Winchester (DE Bar Id. No. 2641)

ME1\6101807.1