IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-842-GMS |
| ) | |
| PHENOMENEX, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED ORDER

IT IS HEREBY ORDERED that:

1. Phenomenex's Motion to Dismiss (D.I. 22) is GRANTED IN PART and DENIED IN PART.

    (a) UDTC's claim for patent infringement alleged to have occurred prior to August 10, 2001, is dismissed without prejudice.

    (b) UDTC's claim for patent infringement alleged to have occurred after August 10, 2001, is conditionally dismissed. The court will grant UDTC leave to provide a more definite statement, including evidence of an assignment from the University of Delaware to UDTC for alleged patent infringement occurring after August 10, 2001, within 30 days of this Order.

    (c) Counts II - XII are dismissed.

2. UDTC's Motion to Amend (D.I. 38) is GRANTED IN PART and DENIED IN PART.

Dated: January 22, 2007

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE