IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-842-GMS |
| | ) | |
| PHENOMENEX, INC., and RESEARCH CORPORATION TECHNOLOGIES, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this ___ day of _____, 2007, having considered defendant Phenomenex, Inc.'s Motion for Reargument, and the parties' arguments in support of and opposition to the motion, IT IS HEREBY ORDERED that Defendant Phenomenex, Inc.'s Motion for Reargument Pursuant to D. Del. L.R. 7.1.5 is GRANTED and

(1) UDTC's claims for patent infringement prior to May 27, 2004 are dismissed with prejudice.

_____
United States District Judge