## **CERTIFICATE OF SERVICE**

I, Christopher A. Selzer, hereby certify that a true and correct copy of Plaintiff's Response to Defendant Phenomenex's Motion for Reargument of the Court's January 26, 2007 Order was served on this 26th day of February, 2007 upon all counsel of record via electronic filing.

/s/ Christopher A. Selzer
Christopher A. Selzer (DE Bar ID #4305)

1

ME1 6187709v.1