

McCARTER
ENGLISH
ATTORNEYS AT LAW

March 6, 2007

VIA E-FILING AND HAND DELIVERY

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

Re: UD Technology Corp. v. Phenomenex, Inc., Research Corporation Technologies
C.A. No. 05-842-GMS

Dear Judge Sleet:

On March 2, 2007, Your Honor ordered a scheduling conference set for March 28, 2007, at 9:30 am. You also requested that the parties prepare and file with the Court a joint status report by not later than March 21, 2007. During the week of March 26, 2007, I will be out of town on a previously scheduled trip. Respectfully, I request that Your Honor reschedule the conference for a later date in early April or if necessary, permit a partner from my office with decision making authority to be present in my stead.

I thank Your Honor in advance for any courtesy that the Court may be able to offer in its busy schedule. As always, I remain available at the convenience of the Court to discuss this or any other matter.

Respectfully,

/s/ Michael P. Kelly

Michael P. Kelly
(DE Bar ID No. 2295)

CAS:jr

cc: John Shaw, Esq.

Michael P. Kelly
Partner
mkelly@mccarter.com

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6221396v.1