# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | |
|---|---|---|---|
| BEN T. CASTLE | JANET Z. CHARLTON | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| SHELDON N. SANDLER | ROBERT S. BRADY | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. LEVINE | JOEL A. WAITE | SANJAY BHATNAGAR | JOSEPH A. MALFITANO |
| RICHARD A. ZAPPA | BRENT C. SHAFFER | DONALD J. BOWMAN, JR. | ADRIA B. MARTINELLI |
| FREDERICK W. IOBST | DANIEL P. JOHNSON | JEFFREY T. CASTELLANO | MICHAEL W. MCDERMOTT |
| RICHARD H. MORSE | CRAIG D. GREAR | KARA HAMMOND COYLE | MARIBETH L. MINELLA |
| DAVID C. MCBRIDE | TIMOTHY JAY HOUSEAL | KRISTEN SALVATORE DEPALMA | EDMON L. MORTON |
| JOSEPH M. NICHOLSON | MARTIN S. LESSNER | MARGARET M. DIBIANCA | D. FON MUTTAMARA-WALKER |
| CRAIG A. KARSNITZ | PAULINE K. MORGAN | MARY F. DUGAN | JENNIFER R. NOEL |
| BARRY M. WILLOUGHBY | C. BARR FLINN | ERIN EDWARDS | ADAM W. POFF |
| JOSY W. INGERSOLL | NATALIE WOLF | KENNETH J. ENOS | SETH J. REIDENBERG |
| ANTHONY G. FLYNN | LISA B. GOODMAN | IAN S. FREDERICKS | SARA BETH A. REYBURN |
| JEROME K. GROSSMAN | JOHN W. SHAW | JAMES J. GALLAGHER | CHERYL A. SANTANIELLO |
| EUGENE A. DIPRINZIO | JAMES P. HUGHES, JR. | SEAN T. GREECHER | (NJ & PA ONLY) |
| JAMES L. PATTON, JR. | EDWIN J. HARRON | STEPHANIE L. HANSEN | MICHELE SHERRETTA |
| ROBERT L. THOMAS | MICHAEL R. NESTOR | DAWN M. JONES | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MAUREEN D. LUKE | KAREN E. KELLER | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | ROLIN P. BISSELL | JENNIFER M. KINKUS | CHAD S.C. STOVER |
| BRUCE L. SILVERSTEIN | SCOTT A. HOLT | EDWARD J. KOSMOWSKI | JOHN E. TRACEY |
| WILLIAM W. BOWSER | JOHN T. DORSEY | JOHN C. KUFFEL | TRAVIS N. TURNER |
| LARRY J. TARABICOS | M. BLAKE CLEARY | KAREN LANTZ | MARGARET B. WHITEMAN |
| RICHARD A. DILIBERTO, JR. | CHRISTIAN DOUGLAS WRIGHT | TIMOTHY E. LENGKEEK | SHARON M. ZIEG |
| MELANIE K. SHARP | DANIELLE GIBBS | | |
| CASSANDRA F. ROBERTS | JOHN J. PASCHETTO | SPECIAL COUNSEL | SENIOR COUNSEL |
| RICHARD J.A. POPPER | NORMAN M. POWELL | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| TERESA A. CHEEK | ELENA C. NORMAN | KAREN L. PASCALE | |
| NEILLI MULLEN WALSH | | PATRICIA A. WIDDOSS | OF COUNSEL |
| | | | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947

(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WWW.YOUNGCONAWAY.COM

March 7, 2007

**BY CM/ECF**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

Re: UD Technology Corp. v. Phenomenex, Inc. – C.A. No. 05-842-GMS

Dear Judge Sleet:

      I am writing on behalf of defendant Phenomenex, Inc. and in connection with plaintiff's March 6, 2007 letter (D.I. 53) and the Court's Oral Order of March 7, 2007 rescheduling the Rule 16 conference for April 4, 2007 (D.I. 54). I apologize for adding another letter on this subject, but plaintiff's letter was the first time that we heard about UDTC's conflict, and thus plaintiff's letter did not address our availability to participate in the Scheduling Conference during April.

      Unfortunately, I am unable to attend a Scheduling Conference on April 4 as I am lead trial counsel in a matter being tried on those dates in the Delaware Court of Chancery. I am also in trial April 2, 3 and possibly 5 in the same matter; I have also made prior, unmovable commitments for April 11, 12, and 13, which would prevent my attendance before Your Honor on those dates. Apart from these dates, I am available at the Court's convenience in April.

Respectfully submitted,

/s/ John W. Shaw

John W. Shaw (#3362)

Young Conaway Stargatt & Taylor, LLP
The Honorable Gregory M. Sleet
March 7, 2007
Page 2

cc: Clerk of the Court (by CM/ECF)
    Michael P. Kelly, Esq. (by CM/ECF)
    Karen Pascale, Esq. (by electronic mail)