IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION,<br>A non-profit organization of the<br>UNIVERSITY OF DELAWARE<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>PHENOMENEX, INC., and<br>RESEARCH CORPORATION<br>TECHNOLOGIES | § § § § § § § § § § § § § | C.A. No.     05-842-GMS<br><br>**TRIAL BY JURY OF<br>TWELVE DEMANDED** |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric E. Grondahl to represent Plaintiff, UD Technology Corporation, in this matter.

　　　　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP

　　　　　　　　　　　　　　　　　　　/s/ Christopher A. Selzer

　　　　　　　　　　　　　　　　　　　Christopher A. Selzer (DE ID# 4305)
　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite #1800
　　　　　　　　　　　　　　　　　　　P. O. Box 111
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　(302) 984-6300

　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 20, 2007

ME1 6248984v.1