**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid

\_\_\_\_\_ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to

__X_ the Clerk's Office upon the filing of this motion.


Date:__March 19, 2007_____

_____
Eric E. Grondahl
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6704

ME1 6248984v.1