# CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on the 21st day of March, 2007, I caused to be served a true and correct copy of the foregoing pleading upon all counsel of record via electronic filing.

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
_____
Christopher A. Selzer (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300
Attorneys for Plaintiff

ME1 5456299v.1