IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENOMENEX, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 05-842-GMS |

### NOTICE OF SUBPOENA

TO: Michael P. Kelly, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

PLEASE TAKE NOTICE that Phenomenex, Inc. has served the attached subpoenas.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Elena C. Norman (No. 4780)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com
*Attorneys for Defendant Phenomenex, Inc*

Dated: March 20, 2007

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 20, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Michael P. Kelly, Esquire
>Christopher A. Selzer, Esquire
>McCarter & English, LLP
>919 N. Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE 19899

I further certify that I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following counsel in the manner indicated below:

>BY FEDERAL EXPRESS
>
>Eric E. Grondahl, Esquire
>McCarter & English LLP
>CityPlace 1
>185 Asylum Street
>Hartford, CT 06103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Karen E. Keller
>
>John W. Shaw (No. 3362)
>Elena C. Norman (No. 4780)
>Karen E. Keller (No. 4489)
>Monté T. Squire (No. 4764)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>(302) 571-6600
>kkeller@ycst.com