## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on March 21, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Michael P. Kelly, Esquire *[mkelly@mccarter.com]*
> Christopher A. Selzer, Esquire *[cselzer@mccarter.com]*
> McCarter & English, LLP
> Citizens Bank Building
> 919 N. Market Street, 18th Floor
> Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following counsel in the manner indicated below:

> ### By E-Mail
>
> Eric E. Grondahl, Esquire *[egrondahl@mccarter.com]*
> McCarter & English LLP
> CityPlace 1
> 185 Asylum Street
> Hartford, CT 06103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Karen E. Keller*
John W. Shaw (No. 3362) *[jshaw@ysct.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Karen E. Keller (No. 4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendants*