IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>PHENOMENEX, INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-842-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

    I, Christopher A. Selzer, Esquire, do hereby certify that on this 11th day of April, 2007, a true and correct copy of Plaintiff's Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26 was caused to be served upon the persons listed below:

    John W. Shaw, Esquire
    Karen E. Keller, Esquire
    Young, Conaway, Stargatt & Taylor
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391
    Email: jshaw@ycst.com
    Email: keller@ycst.com

    Chad Michael Shandler, Esquire
    Richards, Layton & Finger
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899
    Email: shandler@rlf.com

ME1 6302827v.1

Benjamin J. Schladweiler, Esquire
Karen J. Louden, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: bschladweiler@mnat.com
Email: kjlefiling@mnat.com

**McCARTER & ENGLISH, LLP**

/s/ Christopher A. Selzer
Christopher A. Selzer (# 4305)
919 N. Market St., Suite 1800
Wilmington, DE 19801
Telephone: 302-984-6300
Facsimile: 302-984-6399

Dated: April 11, 2007

ME1 6302827v.1