IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>PHENOMENEX, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-842-GMS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 11, 2007 copies of Defendant Phenomenex, Inc,'s Initial Disclosures, were served upon the following counsel of record as indicated below:

BY HAND DELIVERY

Michael P. Kelly, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

BY FEDERAL EXPRESS

Eric E. Grondahl, Esquire
McCarter & English LLP
City Place 1
185 Asylum Street
Hartford, CT 06103

PLEASE TAKE FURTHER NOTICE that on April 11, 2007, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served on the below-listed counsel as indicated:

<u>BY CM/ECF</u>
<u>& HAND DELIVERY</u>

Michael P. Kelly, Esquire
Christopher A. Selzer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801

<u>BY FEDERAL EXPRESS</u>

Eric E. Grondahl, Esquire
McCarter & English LLP
City Place 1
185 Asylum Street
Hartford, CT 06103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Elena C. Norman (No. 4780)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

Dated: April 11, 2007

*Attorneys for Defendant Phenomenex, Inc*