## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 05-842-GMS |
| v. | ) ) | **RE: D.I. # 62** |
| PHENOMENEX, INC., | ) ) | |
| Defendant. | ) ) ) | |

### AMENDED NOTICE OF SERVICE

I, Christopher A. Selzer, Esquire, do hereby certify that on the 11th day of April, 2007, via First Class Mail and on this 12th day of April, 2007, via Hand Delivery, a true and correct copy of Plaintiff's Initial Disclosure Statement Pursuant to Federal Rule of Civil Procedure 26 was caused to be served upon the counsel of record below:

John W. Shaw, Esquire
Karen E. Keller, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
Email: keller@ycst.com

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Michael P. Kelly (#2295)
A. Richard Winchester (#2641)
James J. Freebery (#3498)
Christopher A. Selzer (#4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
Phone: (302) 984.6300
Facsimile: (302) 984-6399
**Attorneys for Plaintiff**

Dated: April 12, 2007

ME1 6308409v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the Amended

Notice of Service to be served upon counsel below via Hand Delivery, on this 12th day of April,

2007:


       John W. Shaw, Esquire
       Karen E. Keller, Esquire
       Young, Conaway, Stargatt & Taylor
       1000 West Street, 17th Floor
       Wilmington, DE 19899-0391
       Email: jshaw@ycst.com
       Email: keller@ycst.com


                     /s/ Christopher A. Selzer
                     Christopher A. Selzer (DE Bar ID #4305)

MEI 6308409v.1