## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on this 16th day of April, 2007, a copy of the foregoing Notice of Deposition *Duces Tecum* of Faizy Ahmed, was served electronically upon all counsel of record.

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)

ME1 6311299v.1