IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PHENOMENEX, INC.,<br><br>Defendant. | Civil Action No.: 05-842-GMS |

## NOTICE OF SERVICE

I, Christopher A. Selzer, undersigned counsel of record, hereby certify that on April 17, 2007, I caused a copy of the Plaintiff's First Set of Interrogatories Directed to Defendant Phenomenex, Inc. and this Notice of Service to be served via email and hand delivery on the following counsel of record:

John W. Shaw, Esquire
Karen Elizabeth Keller, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Michael P. Kelly (DE Bar Id. No. 2295)
A. Richard Winchester (DE Bar Id. No. 2641)
James J. Freebery (DE Bar Id. No. 3498)
Christopher A. Selzer (DE Bar Id. No. 4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300
Attorneys for Plaintiff

April 17, 2007