IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>PHENOMENEX, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 05-842-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## RE-NOTICE OF DEPOSITION *DUCES TECUM*

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition of the Faizy Ahmed, beginning on May 10, 2007 and if necessary continuing May 11, 2007 at the law offices of Greenberg Traurig, Center Tower, 650 Town Center Drive, Suite 1700, Costa Mesa, CA 92626 [(714) 708-6500]. The deposition will take place before a Notary Public or other person authorized to admit or administer oaths. The deponent has agreed that on these dates the deposition will begin at 9:00 a.m. PT and continue from day to day until completed. Deponent shall produce any and all records listed on the copy of the attached Subpoena and Exhibit A.

        McCARTER & ENGLISH, LLP

        /s/ Christopher A. Selzer
        Michael P. Kelly, Esq. (#2295)
        A. Richard Winchester, Esq. (#2641)
        James J. Freebery, Esq. (#3498)
        Christopher A. Selzer, Esq. (#4305)
        919 North Market Street, Suite 1800
        Wilmington, DE 19899
        (302) 984.6300 telephone
        **Attorneys for Plaintiff**

Dated: April 18, 2007

ME1 6321428v.1