## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that on this 18th day of April, 2007, a copy of the foregoing Re-Notice of Deposition *Duces Tecum* of Faizy Ahmed, was served electronically upon all counsel of record and via Federal Express to Faizy Ahmed, 10 Fairfield, Foothill Ranch, CA 92610.

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Christopher A. Selzer, Esq. (#4305)