IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) ) | C.A. No.: 05-842-GMS |
| PHENOMENEX, INC., | ) ) ) |  |
| Defendant. | ) ) |  |

### NOTICE OF SUBPOENA

To: John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**PLEASE TAKE NOTICE** that Plaintiff, UD Technology Corporation has served the attached subpoena.

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer
Michael P. Kelly, Esq. (#2295)
A. Richard Winchester, Esq. (#2641)
James J. Freebery, Esq. (#3498)
Christopher A. Selzer, Esq. (#4305)
919 North Market Street, Suite 1800
Wilmington, DE  19899
(302) 984.6300 telephone
**Attorneys for Plaintiff**

Dated: April 24, 2007

ME1 6335414v.1