IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-842-GMS |
| | ) | |
| PHENOMENEX, INC | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME
## TO FILE PROTECTIVE ORDER

COME NOW UD Technology Corporation and Phenomenex, Inc. (the "Parties") to jointly respectfully request a one-week extension of time to file a Stipulated Protective Order, based on the following:

WHEREAS, the Parties have exchanged drafts of the Stipulated Protective Order;

WHEREAS, the Parties have not yet agreed on all material terms of the Stipulated Protective Order;

WHEREAS, the Parties believe in good faith that they can agree on all material terms to the Stipulated Protective Order;

NOW THEREFORE, the Parties respectfully request an extension to file a Stipulated Protective Order until Thursday, May 3, 2007.

McCARTER & ENGLISH, LLP

_____/s/ Christopher A. Selzer_____
Michael P. Kelly (No. 2295)
mkelly@mccarter.com
Christopher A. Selzer (No. 4305)
cselzer@mccarter.com
919 North Market Street, Suite 1800
Wilmington, DE  19801
(302) 984-6300

Attorneys for Plaintiff UD Technology Corp.

YOUNG CONAWAY STARGATT &
TAYLOR LLP

_____
John W. Shaw (No. 3362)
jshaw@ycst.com
Karen Elizabeth Keller (No. 4489)
kkeller@ycst.com
1000 West Street, 17th Floor
Wilmington, DE  19899-0391
(302) 571-6600

Attorneys for Defendant Phenomenex, Inc.


SO ORDERED this _____ day of April, 2007.


_____
United States District Court Judge

DB02:5939715.1                                                                                   064951.1001