IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,     ) | |
|                                ) | |
|              Plaintiff,        ) | |
|                                ) | |
|       v.                       ) | C.A. No. 05-842-GMS |
|                                ) | |
| PHENOMENEX, INC                ) | |
|                                ) | |
|              Defendant.        ) | |

### STIPULATION AND PROPOSED ORDER TO EXTEND TIME
### TO FILE PROTECTIVE ORDER

COME NOW UD Technology Corporation and Phenomenex, Inc. (the "Parties") to jointly respectfully request an additional two-week extension of time to file a Stipulated Protective Order, based on the following:

WHEREAS, the Parties have exchanged three drafts of the Stipulated Protective Order;

WHEREAS, the Parties have not yet agreed on all material terms of the Stipulated Protective Order;

WHEREAS, the Parties continue to believe in good faith that they can agree on all material terms of the Stipulated Protective Order;

NOW THEREFORE, the Parties respectfully request an extension to file a Stipulated Protective Order until Thursday, May 17, 2007.

ME1 6363827v.1

| McCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Michael P. Kelly | /s/ Karen L. Pascale |
| Michael P. Kelly (No. 2295)<br>mkelly@mccarter.com<br>Christopher A. Selzer (No. 4305)<br>cselzer@mccarter.com<br>Daniel M. Silver (No. 4578)<br>dsilver@mccarter.com<br>919 North Market Street, Suite 1800<br>Wilmington, DE 19801<br>(302) 984-6300 | John W. Shaw (No. 3362)<br>jshaw@ycst.com<br>Karen L. Pascale (No. 2903)<br>kpascale@ycst.com<br>Karen Elizabeth Keller (No. 4489)<br>kkeller@ycst.com<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>(302) 571-6600 |
| Attorneys for Plaintiff UD Technology Corp. | Attorneys for Defendant Phenomenex, Inc. |