IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>PHENOMENEX, INC.,<br><br>        Defendant. | Civil Action No.: 05-842-GMS |

## NOTICE OF SERVICE

I, Michael P. Kelly, undersigned counsel of record, hereby certify that on May 3, 2007, I caused a copy of UD Technology Corporation's Responses and Objections to Phenomenex's First Set of Requests for Production Directed to UD Technology Corporation and this Notice of Service to be served via email and First Class United States Mail to the following:

John W. Shaw, Esquire
Karen Elizabeth Keller, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391

McCARTER & ENGLISH, LLP

/s/ Michael P. Kelly
Michael P. Kelly (DE Bar Id. No. 2295)
A. Richard Winchester (DE Bar Id. No. 2641)
James J. Freebery (DE Bar Id. No. 3498)
Christopher A. Selzer (DE Bar Id. No. 4305)
919 North Market Street, Suite 1800
Wilmington, DE 19801
(302) 984-6300

Attorneys for Plaintiff

ME1 6326574v.2