IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENOMENEX, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 05-842-GMS |

### JOINT STIPULATED CLAIM TERM EXCHANGE PROCEDURE

Plaintiff, UD Technology Corporation and Defendant, Phenomenex, Inc. (the "Parties"), parties to the above-referenced patent litigation involving U.S. Patent No. 5,599,625, jointly respectfully request an Order setting the schedule for a claim term exchange procedure based on the following:

WHEREAS, Paragraph 4 of the Scheduling Order in this action requires the Parties to "meet and confer regarding the narrowing and reducing the number of claim construction issues;"

WHEREAS, the Parties believe there is a benefit to having a Court-approved procedure for the exchange of claim terms and the required meet and confer session;

WHEREAS, the Parties have conferred amongst themselves and agreed to the procedure and schedule for the exchange of claim terms, the Parties respectfully request the Court enter an order in the form submitted herewith approving the following schedule:

ME1 6399893v.1

**June 29, 2007**: Plaintiff and Defendant will exchange their respective lists of claim terms that each Party believes requires construction and each Parties' proposed construction of their proposed terms;

**July 25, 2007**: Plaintiff and Defendant will exchange their responses to the proposed constructions of claim terms submitted by the other Party;

**August 1, 2007**: Plaintiff and Defendant shall meet and confer regarding the proposed claim terms and construction in an attempt to narrow the claim terms requiring construction; and

**August 8, 2007**: Plaintiff and Defendant shall jointly file the Final Joint Claim Chart.

WHEREAS, the Parties hereby stipulate to the entry of an order reflecting the foregoing.

| McCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Michael P. Kelly | /s/ Karen E. Keller |
| Michael P. Kelly (DE Id. No. 2295) | John W. Shaw (DE Id. No. 3362) |
| A. Richard Winchester (DE Id. No. 2641) | Karen L. Pascale (DE Id. No. 2903) |
| James J. Freeberry (DE Id. No. 3498) | Karen E. Keller (DE Id. No. 4489) |
| Daniel M. Silver (DE Id. No. 4578) | Monté T. Squire (DE Id. No. 4764) |
| 919 North Market Street, Suite 1800 | 1000 West Street |
| Wilmington, DE 19801 | The Brandywine Building, 17th Floor |
| (302) 984-6300 | Wilmington, DE 19801 |
| | (302) 571-6600 |
| *Attorneys for Plaintiff, UD Technology Corp.* | *Attorneys for Defendant, Phenomenex, Inc.* |

Dated: May 22, 2007