IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>PHENOMENEX, INC.,<br><br>          Defendant. | C.A. No. 05-842-GMS |

## ORDER

IT IS HEREBY ORDERED upon a showing of good cause and stipulation of the parties, that the procedure and schedule for exchanging claims terms and narrowing the issues presented in claim construction will be conducted as follows:

**June 29, 2007**: Plaintiff and Defendant will exchange their respective lists of claim terms that each party believes requires construction and each parties' proposed constructions of their proposed terms;

**July 25, 2007**: Plaintiff and Defendant will exchange their responses to the proposed constructions of claim terms submitted by the other party;

**August 1, 2007**: Plaintiff and Defendant shall meet and confer regarding the proposed claim terms and construction in an attempt to narrow the claim terms requiring construction; and

**August 8, 2007**: Plaintiff and Defendant shall jointly file the Final Joint Claim Chart.

 

_____
UNITED STATES DISTRICT JUDGE

ME1 6399893v.1