IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHENOMENEX, INC., ) <br> ) <br> Defendant. ) | C.A. No. 05-842-GMS |

**JOINT STIPULATED STAY OF THIS ACTION PENDING THE
OUTCOME OF A REEXAMINATION OF U.S. PATENT NO. 5,599,625**

Plaintiff, UD Technology Corporation and Defendant, Phenomenex, Inc. (the "Parties"), parties to the above-referenced patent litigation involving U.S. Patent No. 5,599,625 (the "'625 Patent"), jointly respectfully request an Order staying this action pending the outcome the *ex parte* reexamination request of the '625 Patent filed by Phenomenex, Inc. on May 3, 2007 based on the following:

WHEREAS, Phenomenex filed a request for an *ex parte* reexamination of the '625 Patent with the U.S. Patent and Trademark Office (the "PTO") on May 3, 2007;

WHEREAS, there is a greater than 80% likelihood that the PTO will conduct a reexamination of the '625 Patent;

WHEREAS, a reexamination typically takes 1-4 years to be completed;

WHEREAS, the reexamination may eliminate or narrow the claims of the '625 Patent, thereby narrowing the issues raised in this litigation and promoting judicial economy;

WHEREAS, the prosecution history of the reexamination may impact the construction of the '625 Patent claims;

WHEREAS, the Parties will require Court intervention prior to the entry of a protective order if a stay is not granted; and

WHEREAS, the Parties have conferred amongst themselves and agreed to respectfully request the Court enter an order in the form submitted herewith ordering the following:

**Effective Immediately:** This action is stayed, all deadlines imposed by any order of this Court, the Federal Rules of Civil Procedure and/or the Local Rules are vacated;

**Within Ten (10) Business Days Of The PTO's Decision to Conduct The Reexamination:** The Parties shall jointly notify this Court in writing of the PTO's decision to conduct a reexamination, and if the PTO declines to conduct a reexamination, counsel for both parties shall contact chambers to schedule a status conference to be held in this case; and

**Within Ten (10) Business Days After The Final Completion Of the Reexamination (including all appeals and subsequent proceedings before the PTO):** The Parties shall jointly notify this Court in writing of the completion of the reexamination and counsel for both parties shall contact chambers to schedule a status conference to be held in this case.

    WHEREAS, the Parties hereby stipulate to the entry of an Order reflecting the foregoing, subject to the approval of the Court.

| McCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Karen E. Keller |
| Michael P. Kelly (DE Id. No. 2295) | John W. Shaw (DE Id. No. 3362) |
| A. Richard Winchester (DE Id. No. 2641) | Karen L. Pascale (DE Id. No. 2903) |
| James J. Freeberry (DE Id. No. 3498) | Karen E. Keller (DE Id. No. 4489) |
| Daniel M. Silver (DE Id. No. 4578) | 1000 West Street |
| 919 North Market Street, Suite 1800 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6300 | (302) 571-6600 |
| dsilver@mccarter.com | kkeller@ycst.com |
| *Attorneys for Plaintiff, UD Technology Corp.* | *Attorneys for Defendant, Phenomenex, Inc.* |

Dated: June 7, 2007