IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHENOMENEX, INC.,<br><br>　　　　Defendant. | C.A. No. 05-842-GMS |

## ORDER

　　IT IS HEREBY ORDERED this ___ day of _____, 2007 upon a showing of good cause and stipulation of the parties, that this action will proceed as follows:

　　**Effective Immediately:** This action is stayed, all deadlines imposed by any order of this Court, the Federal Rules of Civil Procedure, and/or the Local Rules are vacated;

　　**Within Ten (10) Business Days Of The U.S. Patent and Trademark Office's Decision to Conduct A Reexamination of U.S. Patent No. 5,699,625:** The Parties shall jointly notify this Court in writing of the PTO's decision to conduct a reexamination, and if the PTO declines to conduct a reexamination, counsel for both parties shall contact chambers to schedule a status conference to be held in this case; and

　　**Within Ten (10) Business Days After The Final Completion Of The Reexamination (including all appeals and subsequent proceedings before the U.S. Patent and Trademark Office):** The Parties shall jointly notify this Court in writing of the completion of the reexamination proceeding and counsel for both parties shall contact chambers to schedule a status conference to be held in this case.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

DB02:6013291.1
ME1 6490102v.1

064951.1001