IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-842-GMS |
| | ) |
| PHENOMENEX, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

WHEREAS, plaintiff UD Technology Corporation ("UDTC") asserts U.S. Patent No. 5,599,625 (the "'625 Patent") against defendant Phenomenex Inc. ("Phenomenex") in the above-captioned action;

WHEREAS, Phenomenex filed a request for an ex parte reexamination of the '625 Patent with the U.S. Patent and Trademark Office ("USPTO") on May 3, 2007;

WHEREAS, a reexamination of the '625 Patent, if conducted, may eliminate or narrow the claims of the '625 Patent, which could narrow the issues in dispute and promote judicial economy; and

WHEREAS, UDTC and Phenomex have conferred and jointly requested a stay of this action pending the outcome of a reexamination of the '625 Patent.

IT IS HEREBY ORDERED that:

1. UDTC and Phenomenex's request to stay the above-captioned action (D.I. 79) is GRANTED. All previously scheduled deadlines are stayed from the date of this order until further notice.

2. The parties shall advise the court within ten business days of any decision of the USPTO that relates to the '625 Patent.

Dated: June 7, 2007                                   /s/ Gregory M. Sleet
                                                      UNITED STATES DISTRICT JUDGE