IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UD TECHNOLOGY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     C.A. No. 05-842-GMS |
| | ) |
| PHENOMENEX, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF USPTO ACTION

In accordance with paragraph 2 of the Order staying the above-captioned action (D.I. 80, entered June 7, 2007), Defendant Phenomenex, Inc. ("Phenomenex") hereby provides notice to the Court of the following action of the U.S. Patent and Trademark office ("USPTO") with respect to Phenomenex's request for an ex parte reexamination of U.S. Patent No. 5,599,625 (the '625 patent"):

By communication dated August 10, 2007, the USPTO forwarded its Order GRANTING Phenomenex's Request for Ex Parte Reexamination of the '625 patent.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Dated: August 22, 2007

_____
John W. Shaw (No. 3362)
Karen L. Pascale (No.2903)
Karen E. Keller (No. 4489)
Monté T. Squire (No. 4764)
Jeffrey T. Castellano (No. 4837)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
*Attorneys for Defendant Phenomenex, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Michael P. Kelly, Esquire *[mkelly@mccarter.com]*
Christopher A. Selzer, Esquire *[cselzer@mccarter.com]*
Daniel M. Silver, Esquire *[dsilver@mccarter.com]*
McCARTER & ENGLISH, LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

I further certify that I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel of record and on the following counsel in the manner indicated below:

***By E-Mail***

Eric E. Grondahl, Esquire *[egrondahl@mccarter.com]*
McCARTER & ENGLISH LLP
CityPlace 1
185 Asylum Street
Hartford, CT  06103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

John W. Shaw (No. 3362) *[jshaw@ysct.com]*
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Karen E. Keller (No. 4489) *[kkeller@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*Attorneys for Defendant, Phenomenex, Inc.*