IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UD TECHNOLOGY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-842-GMS |
| PHENOMENEX, INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, this is a patent infringement action in which UD Technology Corporation ("UDTC") alleges that Phenomenex, Inc. ("Phenomenex") has infringed U.S. Patent No. 5,599,625 (the "'625 Patent") and in which Phenomenex has denied this allegation and asserted various defenses.

WHEREAS, on or about May 3, 2007, Phenomenex petitioned the United States Patent and Trademark Office ("USPTO") to conduct an *ex parte* re-examination of the '625 patent. As the re-examination of the '625 patent was expected to take a year or more to complete, the parties jointly sought a stay of this action pending the outcome of the re-examination. On June 7, 2007, the Court Ordered that this action be stayed pending the outcome of the re-examination (D.I. 80). The re-examination is still underway.

WHEREAS, UDTC and the University of Delaware ("University") have represented to Phenomenex that, for reasons unrelated to this litigation, the University has decided to dissolve UDTC, the University's wholly-owned corporation, and to transfer all its rights, including those implicated in this litigation, to the University, effective no later than June 30, 2008.

WHEREAS, Phenomenex is willing to accommodate this request for substitution by stipulation rather than contested motion practice, provided that UDTC and University agree that this substitution does not prejudice Phenomenex from: (1) later examining the transaction, (2) making any appropriate arguments as to any issues that might become apparent from that inspection, or (3) making any argument concerning chain of title, standing, or the like already existing as a result of UDTC's alleged ownership of the rights at issue in the litigation, and further provided that UDTC and the University agree that Phenomenex, by virtue of entering into this stipulation, is not agreeing, conceding, or admitting that the University has or will have any rights in the '625 Patent or this Litigation different from or in addition to any such rights as UDTC had immediately prior to the transfer. Phenomenex expressly reserves all rights it may possess to examine and challenge the University's ownership of the '625 patent, as well as all prior assignments of the '625 patent.

WHEREAS, UDTC and the University are agreeable to the conditions in the preceding paragraph.

WHEREAS, F.R.C.P. 25(c) provides that "in the case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party." F.R.C.P. 25(c).

Now THEREFORE, For the reasons set forth above, UDTC, the University, and Phenomenex hereby stipulate and agree, subject to the approval of the Court, that:

1.   The University of Delaware is substituted for UD Technology Corporation as the Plaintiff in this matter, effective June 30, 2008.

2. All papers filed in this action on or after June 30, 2008 shall contain a caption indicating that University of Delaware is the Plaintiff in this action.

3. This substitution shall not prejudice Phenomenex, Inc. in any way from: a) later examining the transaction, b) making any appropriate arguments as to any issues that might become apparent from that inspection, or c) making any argument concerning chain of title, standing, or the like already existing as a result of UDTC's alleged ownership of the rights at issue in the litigation.

4. Phenomenex has not agreed, conceded or admitted that the University has or will have any rights in the '625 Patent or this Litigation different from or in addition to any such rights as UDTC had immediately prior to the transfer.

5. All rights Phenomenex may have to examine and challenge the University's ownership of the '625 patent, as well as all prior assignments of the '625 patent are expressly preserved.

6. This action shall remain stayed pursuant to the Court's June 7, 2007 ORDER (D.I. 80) until such time as the re-examination of U.S. Patent No. 5,599,6255 is complete.

DB02:6916289.1
ME1 7490107v.1

064951.1001

| McCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Daniel M. Silver, Esq._____ | /s/ John W. Shaw, Esq._____ |
| Michael P. Kelly (No. 2295) | John W. Shaw (No. 3362) |
| A. Richard Winchester (No. 2641) | Karen L. Pascale (No. 2903) |
| Andrew S. Dupre (No. 4621) | Karen E. Keller (No. 4489) |
| Daniel M. Silver (No. 4578) | 1000 West Street |
| Renaissance Centre | The Brandywine Building, 17th Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 984-6300 | jshaw@ycst.com |
| dsilver@mccarter.com | |
| *Attorneys for UD Technology Corp. and The University of Delaware* | *Attorneys for Defendant, Phenomenex, Inc.* |

Dated: June 30, 2008

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

DB02:6916289.1
ME1 7490107v.1

064951.1001