IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNIVERSITY OF DELAWARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-842-GMS |
| | ) | |
| PHENOMENEX, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER

The parties hereby stipulate and agree that the Complaint, all amendments thereto,

and all other claims in this action are hereby dismissed with prejudice, without an award

of costs, expenses or attorneys' fees to any party.

| McCARTER & ENGLISH, LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ John W. Shaw |
| _____ | _____ |
| Michael P. Kelly (No. 2295) | John W. Shaw (No. 3362) |
| Daniel M. Silver (No. 4578) | Pilar G. Kraman (No. 5199) |
| Renaissance Center | 1000 West Street, 17th Floor |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 984-6300 | jshaw@ycst.com |
| dsilver@mccarter.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: February 2, 2011 | Dated: February 2, 2011 |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

MEI 11155711v.1